[No. 31082-5-III. Division Three. January 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LELAND FRANCIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-01081-2, Kathleen M. O'Connor, J., entered August 16, 2012. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 31206-2-III. Division Three. January 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HERBERT FRIEDLUND, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 11-1-00173-8, Allen Nielson, J., entered October 5, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 31270-4-III. Division Three. January 9, 2014.]

ELSIE FLEMMER, *Appellant*, v. REGENCY PACIFIC, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-2-00603-5, Donald W. Schacht, J., entered October 29, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 68416-7-I. Division One. January 13, 2014.]

EDWARD M. GOODMAN ET AL., *Respondents*, v. MICHAEL J. GOODMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-2-00587-3, Susan K. Cook, J., entered January 18, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Grosse, J.